**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL 1 2 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:23CR355-SRC/JSD** |
| ) | |
| RONNIE FOSTER, ) | |
| MEKAYLA JOHANN, ) | |
| LAROB HARRIS, and ) | |
| SHONYEA JONES ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

### CONSPIRACY TO AFFECT COMMERCE

The Grand Jury charges that:

Beginning on a date unknown to the grand jury, but including in or about May 2023, and continuing up to the date of this Indictment, within the Eastern District of Missouri and elsewhere,

**RONNIE FOSTER, MEKAYLA JOHANN,
LAROB HARRIS, and SHOYEA JONES**

the Defendants herein, did knowingly and intentionally conspire, combine, confederate and agree, with each other to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

### ROBBERY OF A COMMERCIAL ESTABLISHMENT

The Grand Jury further charges that:

On or about May 30, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**RONNIE FOSTER, MEKAYLA JOHANN,
LAROB HARRIS, and SHOYEA JONES,**

the Defendants herein, aided and abetted each other to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of St. Louis Kitchen, located at 819 Kingshighway Blvd., a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1951(a), and 2, and punishable under Title 18, United States Code, Section 1951(a).

## COUNT THREE

### DISCHARGING A FIREARM

The Grand Jury further charges that:

On or about May 30, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**RONNIE FOSTER, MEKAYLA JOHANN,
LAROB HARRIS, and SHOYEA JONES,**

the Defendants herein, aided and abetted by other by knowingly possessing, brandishing, and discharging one or more firearms, in furtherance of a crime of violence for which they may be

prosecuted in a court of the United States, that is, conspire to obstruct, delay, or affect commerce by robbery, and robbery as charged in Counts One and Two herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR

### DISCHARGING A FIREARM CAUSING DEATH

The Grand Jury further charges that:

On or about May 30, 2023, in the City of St. Louis, within the Eastern District of Missouri,

**RONNIE FOSTER, MEKAYLA JOHANN, LAROB HARRIS, and SHOYEA JONES,**

the Defendants herein, aided and abetted by other, by knowingly possessing, brandishing, and discharging one or more firearms, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstruct, delay, or affect commerce by robbery, and robbery as charged in Counts One and Two herein, and in the course thereof, caused the death of F.P., which said killing was willful, deliberate, malicious, and premeditated and committed in the perpetration of a robbery, which is murder as defined in Title 18, United States Code, Section 1111.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(j), and 2.

A TRUE BILL

_____
FOREPERSON

SAYLER FLEMINGS
United States Attorney

_____
ASHLEY M. WALKER (#67175MO)
Assistant United States Attorney