UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>LAROB HARRIS,  )<br>  )<br>Defendant.  ) | No. 4:23-cr-00355-SRC-JSD |

**UNITED STATES OF AMERICA'S DISCLOSURE OF ARGUABLY-SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

The United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Ashley M. Walker, Assistant United States Attorney for said District, makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the United States intends to use the evidence seized and statements made by the Defendant and/or others as a result of the arrest made in this case.  This evidence is fully described in the discovery which has been provided to the attorney for the Defendant under separate cover.

As additional evidence is found and as supplemental information comes to the United States' attention, the United States will provide notice to the defense of its intention to use such additional evidence.

1

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


*/s/ Ashley M. Walker*
Ashley M. Walker, #67175(MO)
Assistant United States Attorney
111 South Tenth Street, 20th Floor Saint Louis, Missouri  63102
ashley.walker@usdoj.gov
Telephone: (314) 539-6811
Facsimile: (314) 539-3887


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record for Defendant.

*/s/ Ashley M. Walker*
Ashley  M.  Walker,  #67175(MO)
Assistant United States Attorney